FILED

06 OCT 16 AM 10: 28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PM/          DEPUTY
BY:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )     CASE NO. 05CR01550-001-DMS
                                    )
       v.                           )     O R D E R
                                    )
JOVANNI MENDOZA,                    )
                                    )
              Defendant.            )
_____)

Pursuant to a written request from the United States Probation Office, the sentencing

date presently set for November 3, 2006 is vacated and reset to December 15, 2006 at 9:00.

~~If the defendant is on bond, defense counsel is to file an acknowledgment of the next~~

~~court date by the defendant within a week of receipt of this order.~~

Defendant shall remain in custody on a no bail status.

DATED:  10·12·06

_____
Dana M. Sabraw
U.S. District Judge

cc: all counsel of record
                                                                              /rpd
                                                                                t