

FILED

JUL 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 13-50449 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:05-cr-01550-DMS |
| v. | Southern District of California, San Diego |
| JOVANNI MENDOZA, | |
| Defendant - Appellant. | ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Don Lewis
Deputy Clerk

DL/AppComm Direct Criminal